**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EARLY KENNETH SMITH,**

    **Plaintiff,**

**v.**                                                                             Case No: 6:15-cv-1999-Orl-PRL

**COMMISSIONER OF SOCIAL**
**SECURITY**

    **Defendant.**

## ORDER

Before the Court is Plaintiff's second motion for an extension of time in which to file his memorandum. (Doc. 22). According to Plaintiff, his counsel has had continued computer problems and Defendant does not object to this request. Upon due consideration, the motion (Doc. 22) is **GRANTED**. Plaintiff shall file his memorandum on or before August 25, 2016.

    **DONE** and **ORDERED** in Ocala, Florida on August 3, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties