**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**EARLY KENNETH SMITH,**

    **Plaintiff,**

v.                                                                                            Case No: 6:15-cv-1999-Orl-PRL

**COMMISSIONER OF SOCIAL SECURITY**

    **Defendant.**

## ORDER

Before the Court is Plaintiff's third motion to extend the deadline in which to file his memorandum. (Doc. 24). Plaintiff's counsel has had computer problems (Docs. 20, 22), and now represents that the deadline was "incorrectly noted" (Doc. 24). The unopposed motion is **GRANTED** and Plaintiff's memorandum is due on or before September 4, 2016. No further extensions, however, will be granted to Plaintiff absent **extraordinary** circumstances.

**DONE** and **ORDERED** in Ocala, Florida on August 30, 2016.

*[signature]*

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties